UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIANE LITTLE-KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) FILE NO. 2:11-cv-03227-KSH -PS |
| | ) |
| | ) NOTICE OF SETTLEMENT |
| ACCOUNTS RECEIVABLES | ) |
| MANAGEMENT, INC. | ) |
| AKA ARM, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, District of New Jersey, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 7th day of July, 2011.

ATTORNEYS FOR PLAINTIFF
*Diane Little- King*

/s/ Dennis R. Kurz
Dennis R. Kurz
NJ Bar No. 4570453
**Weisberg & Meyers, LLC**
Attorneys for Plaintiff
5025 N. Central Ave., #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 7th day of July, 2011, with:

United States District Court CM/ECF system

s/Jessica DeCandia
Jessica DeCandia