**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DIANE LITTLE-KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. 2:11-cv-03227-KSH -PS |
| ) | |
| ) | NOTICE OF DISMISSAL |
| ACCOUNTS RECEIVABLES ) | |
| MANAGEMENT, INC. ) | |
| AKA ARM, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of New Jersey, Plaintiff's Notice of Dismissal of Case With Prejudice.

Respectfully submitted this 8th day of August, 2011.

ATTORNEYS FOR PLAINTIFF
*Diane Little-King*

/s/ Dennis R. Kurz
Dennis R. Kurz
NJ Bar No. 4570453
**Weisberg & Meyers, LLC**
Attorneys for Plaintiff
5025 N. Central Ave., #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 8th day of August, 2011, with:

United States District Court CM/ECF system

s/Jessica DeCandia
Jessica DeCandia